McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Jonathan W. Carlson
Nevada Bar No. 10536
*jonathan.carlson@mccormickbarstow.com*
Pamela L. McGaha
Nevada Bar No. 8181
*pamela.mcgaha@mccormickbarstow.com*
Chelsea M. Bravin
Nevada Bar No. 16503
*chelsea.bravin@mccormickbarstow.com*
7160 Rafael Rivera Way, Suite 320
Las Vegas, Nevada 89113
Telephone: (702) 949-1100
Facsimile: (702) 949-1101

Attorneys for CSAA GENERAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JARED LINKER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CSAA GENERAL INSURANCE COMPANY; DOES I through X; and ENTITIES I through XX, inclusive,<br><br>Defendants. | Case No. 3:26-cv-00242-MMD-CLB<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by Plaintiff JARED LINKER, by and through his counsel of record, and Defendant CSAA GENERAL INSURANCE COMPANY, by and through thier counsel of record that the above-entitled matter be dismissed with prejudice against Defendant CSAA GENERAL INSURANCE COMPANY, the parties to bear their own costs and attorneys' fees.

///

///

///

///

DATED October 28, 2026

MORGAN & MORGAN

By ______________________________

Michael A. Direnzo, Esq., Nevada Bar No. 13104
6725 Via Austi Parkway, Suite 275
Las Vegas, Nevada 89119
*Attorneys for Plaintiff Jared Linker*

DATED

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By ______________________________

Jonathan W. Carlson, Nevada Bar No. 10536
Pamela L. McGaha, Nevada Bar No. 8181
Chelsea M. Bravin, Nevada Bar No. 16503
7160 Rafael Rivera Way, Suite 320
Las Vegas, Nevada 89113
*Attorneys for CSAA General Insurance Company*

**ORDER**

**IT IS SO ORDERED.**

DATED this 3rd day of November, 2026

______________________________
UNITED STATES DISTRICT COURT JUDGE

Submitted By:

**MCCORMICK BARSTOW LLP**

/s/
Jonathan W. Carlson
Nevada Bar No. 10536
7160 Rafael Rivera Way, Suite 320
Las Vegas, Nevada 89113
Attorneys for Defendant
*CSAA General Insurance Company*